424 A.2d 504

COMMONWEALTH ex rel. RICKY B., Petitioner,

v.

William A. DWYER, Jr., Judge, Court of Common Pleas, Philadelphia County, Family Division.

Supreme Court of Pennsylvania.

Jan. 27, 1981.

Judith B. Chomsky, Marsha Levick, Philadelphia, for petitioner.

Charles W. Johns, Howland W. Abramson, Philadelphia, for respondent.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Harry Tischler, Philadelphia, for Commonwealth (amicus curiae).

ORDER

PER CURIAM:

The Petition for Writ of Prohibition is dismissed.